IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | 2:12-cv-01042-GEB-CKD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| Auburn Villa, LLC, | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff states in his Status Report filed July 23, 2012, that he "has filed a request for entry of default and anticipates a motion for default in December 2012." (Status Report 3:12-13.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than September 14, 2012, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on August 6, 2012, is continued to commence at 9:00 a.m. on January 28, 2013. A status report shall be filed fourteen (14) days prior to the status

conference in which Plaintiff is required to explain the status of the
default proceedings.

          IT IS SO ORDERED.

Dated:  July 30, 2012

                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge