IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
               Plaintiff, ) 2:12-cv-01042-GEB-CKD
)
    v. ) ORDER RE: SETTLEMENT AND
) DISPOSITION
Auburn Villa, LLC, )
)
               Defendant. )
_____)

       Plaintiff filed a "Notice of Settlement" on August 27, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 12.)

       Therefore, a dispositional document shall be filed no later than September 26, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

       IT IS SO ORDERED.

Dated: August 27, 2012

```
                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge
```